# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

BENNIE DAVID GUY                                                                                        PETITIONER

v.                                          NO. 5:11CV00233 JMM

RAY HOBBS, Director of the                                                                          RESPONDENT
Arkansas Department of Correction

## ORDER

The Court has received findings and a recommendation from United States Magistrate Judge H. David Young. After a careful review of the findings and recommendation, the timely objections received thereto, and a de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The motion to dismiss and renewed motion to dismiss filed by respondent Ray Hobbs ("Hobbs") are granted, see Documents 9 and 17, and the petition for writ of habeas corpus pursuant to 28 U.S.C. 2254 filed by petitioner Bennie David Guy is dismissed. All requested relief is denied, and, in accordance with Rule 11(a) of the Rules Governing Section 2254 Cases In The United States District Courts, a certificate of appealability is denied. Judgment will be entered for Hobbs.

IT IS SO ORDERED this   13    day of   December , 2011.

                                        */s/ James M. Moody*
                                        UNITED STATES DISTRICT JUDGE