IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BENNIE DAVID GUY                                                                    PETITIONER

v.                                    NO. 5:11CV00233 JMM

RAY HOBBS, Director of the                                                          RESPONDENT
Arkansas Department of Correction

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for respondent Ray Hobbs. All requested relief is denied, and, in accordance with Rule 11(a) of the Rules Governing Section 2254 Cases In The United States District Courts, a certificate of appealability is denied.

IT IS SO ORDERED this __13__ day of __December__, 2011.

_____
UNITED STATES DISTRICT JUDGE